**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.instagram.com/p/CkBaiDxuz9o/?img_index=1



**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.instagram.com/p/CkBaiDxuz9o/?img_index=2

